# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF LOUISIANA

**TITUS LEE WEST (#485180)**

**VERSUS**

**DARIAN THOMPSON, ET AL.**

**CIVIL ACTION**

**NO. 19-332-JWD-RLB**

## OPINION

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report (Doc. 31) dated November 20, 2019, to which an objection (Doc. 32) was filed;

**IT IS ORDERED** that the plaintiff's claims asserted against defendant Hunt are dismissed, without prejudice, for failure of the plaintiff to effect timely service upon him.

**IT IS FURTHER ORDERED** that the plaintiff's Motion for Partial Summary Judgment (Doc. 26) is denied.

**IT IS FURTHER ORDERED** that summary judgment be granted in favor of defendant Thompson, dismissing the plaintiff's claims against defendant Thompson with prejudice, and that this action is dismissed.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on December 4, 2019.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**